# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **LINDA JAHNKE,**<br>    **Plaintiff,**<br>v.<br>**PURVIS PRESHA, et al.,**<br>    **Defendants.** | **No: 3:08cv-1074**<br>**JUDGE HAYNES** |

## ORDER REMANDING CASE TO STATE COURT AND AWARDING ATTORNEYS' FEES TO PLAINTIFF LINDA JAHNKE

Based on the pleadings, motions and briefs of the parties, as well as oral argument from counsel presented at the case management conference on January 26, 2009, the Court finds that the removal by Bankers' Life was objectively unreasonable under the circumstances.

Therefore, for good cause shown, Plaintiff's Motion to Remand is GRANTED and this case is hereby remanded to the Chancery Court for Davidson County, Tennessee, for further proceedings.

Furthermore, based on the foregoing, Plaintiff's Motion for Attorneys' Fees is GRANTED and Defendant Bankers' Life & Casualty Company is hereby ordered to pay Plaintiff Linda Jahnke the amount of $2,000.00 for the attorneys' fees that she incurred as a result of the improper removal by Bankers' Life.

SO ORDERED this_____ day of January, 2009.

_____
U.S. DISTRICT COURT JUDGE

SUBMITTED FOR ENTRY BY:
BAYDOUN & KNIGHT, PLLC


By: /s/ Nader Baydoun
    Nader Baydoun - 3077
    Stephen C. Knight - 15514
    Christopher J. Oliver - 20918
    Baydoun & Knight, PLLC
    Fifth/Third Center, Suite 2650
    424 Church Street
    Nashville, Tennessee 37219
    (615) 256-7788

    Attorneys for Plaintiff
    Linda Jahnke

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via electronic delivery to **Martin B. Bailey and John L. Miller, of Wagner, Myers and Sanger, P.C.**, 1801 First Tennessee Plaza, P.O. Box 1308, Knoxville, TN 37901-1308 on this 27th day of January, 2009.


/s/Nader Baydoun